**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**HATTIE DOUGLAS, individually and as the
Natural Mother, Next Friend and on behalf of
all of the Heirs at Law and Wrongful Death
Beneficiaries of Ka. D., a deceased minor, and
as the Natural Mother and Next Friend of
Kel. D., Ken. D., L.D., T.D., and J.D., minors**                           **PLAINTIFFS**

**V.**                                              **CASE NO. 3:12-CV-00203-HTW-MTP**

**MISSISSIPPI CRIME LABORATORY;
MISSISSIPPI STATE MEDICAL EXAMINERS;
EXPERTOX INC. ANALYTICAL LABORATORY;
MEDSCREENS, INC.; DR. STEVEN HAYNE;
MADISON COUNTY, MISSISSIPPI; KELLY EDGAR;
AND JOHN DOES 1-10**                                          **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of

United States Magistrate Judge Michael T. Parker, which clearly notified the respective

parties in the above-styled and numbered cause that failure to file written objections to

the findings and recommendations contained therein within fourteen (14) days from the

date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this

court, finding that there has been no submission of written objections by any party,

hereby adopts said Report and Recommendation as the order of this court.

Furthermore, the court grants Medscreens's and Epertox's motions to dismiss

[docket no.s 5 and 10], as well Kelly Edgar's and Madison County's motion for summary

judgment [docket no. 32] as they relate to the minor plaintiffs.  These plaintiffs have

failed to amend their complaint within the ten-day period mandated by the court.

**SO ORDERED, this the 30th day of November, 2013.**


s/ HENRY T. WINGATE_____
**UNITED STATES DISTRICT JUDGE**